**BRYAN CAVE LLP**
Andrea M. Hicks, California Bar No. 219836
Edward Chung, California Bar No. 256616
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907
Telephone:     (415) 675-3400
Facsimile:      (415) 675-3434
Email:            andrea.hicks@bryancave.com
                      chunge@bryancave.com

**BRYAN CAVE LLP**
Robert E. Boone III, California Bar No. 132780
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:     (310) 576-2100
Facsimile:      (310) 576-2200
Email:            reboone@bryancave.com

Attorneys for Defendants
BANK OF AMERICA, N.A. and PRLAP, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARIQUE, ELGIN AND DAISY, individuals, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A. (A.K.A. BANK OF AMERICA HOME LOANS), a Corporation, NATIONAL BANK ASSOCIATION, a Corporation; PRLAP INC., a Corporation; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 3:11-cv-03641-JCS <br><br> **JOINT STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT** <br><br> [L.R. 6-1(a)] |

**STIPULATION**

Defendants Bank of America, N.A. and PRLAP, Inc. ("Defendants"), and Plaintiffs Elgin Sarique and Daisy Sarique ("Plaintiffs"), by and through their counsel of record, hereby stipulate and agree as follows:

1. Defendants Bank of America, N.A. and PRLAP, Inc. removed this matter from Santa Clara County Superior Court on July 25, 2011.

2. After removal to federal court, Defendants have seven (7) days to respond to Plaintiffs' Complaint. However, Plaintiffs and Defendants are in the process of discussing the informal resolution of this matter.

3. In order to continue the current settlement discussions, reduce cost of litigation for both parties, and potentially unburden the Court's docket, Plaintiffs grant Defendants an extension to respond to their Complaint. Thus, instead of responding to the Complaint on August 1, 2011 (seven days after removal to federal court), the parties agree that Defendants' time to file and serve their response to the Complaint is extended 15 days.

4. The stipulation will not result in prejudice to any party and its impact on judicial proceedings is not expected to be significant.

5. Nothing in this stipulation shall constitute a waiver of any arguments or defenses that Defendants or Plaintiffs may wish to assert in their pleadings, all of which are expressly reserved.

**IT IS SO STIPULATED.**

Dated: August 1, 2011

**LAW OFFICES OF KENNETH GRAHAM**

By: /s/ Kenneth R. Graham
     Kenneth R. Graham
Attorney for Plaintiffs
ELGIN SARIQUE and DAISY SARIQUE

Dated: August 1, 2011

**BRYAN CAVE LLP**
Robert E. Boone
Andrea M. Hicks

By: /s/ Andrea M. Hicks
     Andrea M. Hicks
Attorneys for Defendants
BANK OF AMERICA, N.A. and PRLAP, INC.

Dated: August 2, 2011

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CA 94111-3907

**IT IS SO STIPULATED.**

Dated: August 1, 2011

**LAW OFFICES OF KENNETH GRAHAM**

By: /s/ Kenneth R. Graham
Kenneth R. Graham
Attorney for Plaintiffs
ELGIN SARIQUE and DAISY SARIQUE

Dated: August 1, 2011

**BRYAN CAVE LLP**
Robert E. Boone
Andrea M. Hicks

By: _____
Andrea M. Hicks
Attorneys for Defendants
BANK OF AMERICA, N.A. and PRLAP, INC.

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907