1  **BRYAN CAVE LLP**
   Andrea M. Hicks, California Bar No. 219836
2  Two Embarcadero Center, Suite 1410
   San Francisco, CA 94111-3907
3  Telephone:   (415) 675-3400
   Facsimile:    (415) 675-3434
4  Email:          andrea.hicks@bryancave.com

5

6  **BRYAN CAVE LLP**
   Robert E. Boone III, California Bar No. 132780
7  120 Broadway, Suite 300
   Santa Monica, CA 90401-2386
8  Telephone:   (310) 576-2100
   Facsimile:    (310) 576-2200
9  Email:          reboone@bryancave.com

10  Attorneys for Defendants
    BANK OF AMERICA, N.A. and PRLAP, INC.
11

12                    **UNITED STATES DISTRICT COURT**

13                   **NORTHERN DISTRICT OF CALIFORNIA**

14

15  SARIQUE, ELGIN AND DAISY, individuals,        Case No. 3:11-cv-03641-JCS

16                   Plaintiffs,                   **JOINT STIPULATION EXTENDING**
                                                   **DEFENDANTS' TIME TO RESPOND TO**
17          v.                                     **COMPLAINT**

18  BANK OF AMERICA, N.A. (A.K.A. BANK            **[L.R. 6-1(a)]**
    OF AMERICA HOME LOANS), a
19  Corporation, NATIONAL BANK
    ASSOCIATION, a Corporation; PRLAP
20  INC., a Corporation; and DOES 1 through 50,
    inclusive,
21
22                   Defendants.

23
24
25
26
27
28

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CA 94111-3907

SF01DOCS\41310.1                          1

**STIPULATION**

Defendants Bank of America, N.A. and PRLAP, Inc. ("Defendants"), and Plaintiffs Elgin Sarique and Daisy Sarique ("Plaintiffs"), by and through their counsel of record, hereby stipulate and agree as follows:

1.      Defendants Bank of America, N.A. and PRLAP, Inc. removed this matter from Santa Clara County Superior Court on July 25, 2011.

2.      The parties previously stipulated to an extension for Defendants to respond to the Complaint 15 days to August 16, 2011.

3.      In order to continue the current settlement discussions, reduce cost of litigation for both parties, and potentially unburden the Court's docket, Plaintiffs grant Defendants an extension to respond to their Complaint. Thus, instead of responding to the Complaint on August 16, 2011, the parties agree that Defendants' time to file and serve their response to the Complaint is extended 60 days.

4.      The stipulation will not result in prejudice to any party and its impact on judicial proceedings is not expected to be significant.

5.      Nothing in this stipulation shall constitute a waiver of any arguments or defenses that Defendants or Plaintiffs may wish to assert in their pleadings, all of which are expressly reserved.

///
///
///
///
///
///
///
///
///
///

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CA 94111-3907

**IT IS SO STIPULATED.**

Dated: August 16, 2011

**LAW OFFICES OF KENNETH GRAHAM**

By:  /s/ Kenneth R. Graham
Kenneth R. Graham
Attorney for Plaintiffs
ELGIN SARIQUE and DAISY SARIQUE

Dated: August 16, 2011

**BRYAN CAVE LLP**
Robert E. Boone
Andrea M. Hicks

By:  /s/ Andrea M .Hicks
Andrea M. Hicks
Attorneys for Defendants
BANK OF AMERICA, N.A. and PRLAP, INC.

Dated: 8/22/11

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Joseph C. Spero
NORTHERN DISTRICT OF CALIFORNIA

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907