1  **BRYAN CAVE LLP**
   Andrea Hicks, California Bar No. 219836
2  Two Embarcadero Center, Suite 1410
   San Francisco, CA 94111-3907
3  Telephone:      (415) 675-3400
   Facsimile:      (415) 675-3434
4  Email:          andrea.hicks@bryancave.com

5

6  **BRYAN CAVE LLP**
   Robert E. Boone III, California Bar No. 132780
7  120 Broadway, Suite 300
   Santa Monica, CA 90401-2386
8  Telephone:      (310) 576-2100
   Facsimile:      (310) 576-2200
9  Email:          reboone@bryancave.com

10 Attorneys for Defendants
   BANK OF AMERICA, N.A. and PRLAP, INC.

11

12              **UNITED STATES DISTRICT COURT**

13            **NORTHERN DISTRICT OF CALIFORNIA**

14

15 SARIQUE, ELGIN AND DAISY, individuals,      Case No. 3:11-cv-03641-JCS

16              Plaintiffs,                     **JOINT STIPULATION EXTENDING
                                                DEFENDANTS' TIME TO RESPOND TO**
17     v.                                       **COMPLAINT**

18 BANK OF AMERICA, N.A. (A.K.A. BANK           **[L.R. 6-1(a)]**
   OF AMERICA HOME LOANS), a
19 Corporation, NATIONAL BANK
   ASSOCIATION, a Corporation; PRLAP
20 INC., a Corporation; and DOES 1 through 50,
   inclusive,
21

22              Defendants.

23

24

25

26

27

28

SF01DOCS\49056.1                    1
                   STIPULATION TO EXTEND TIME TO ANSWER

1    **<u>STIPULATION</u>**

2    Defendants Bank of America, N.A. and PRLAP, Inc. ("Defendants"), and Plaintiffs Elgin

3    Sarique and Daisy Sarique ("Plaintiffs"), by and through their counsel of record, hereby stipulate

4    and agree as follows:

5    1.    Defendants Bank of America, N.A. and PRLAP, Inc. removed this matter from

6    Santa Clara County Superior Court on July 25, 2011.

7    2.    The parties previously stipulated to two extensions for Defendants to respond to the

8    Complaint 15 days to August 16, 2011 and then 60 days to October 17, 2011.

9    3.    In order to continue the current settlement discussions, reduce cost of litigation for

10   both parties, and potentially unburden the Court's docket, Plaintiffs grant Defendants an extension

11   to respond to their Complaint.  Thus, instead of responding to the Complaint on October 17, 2011,

12   the parties agree that Defendants' time to file and serve their response to the Complaint is

13   extended 90 days.

14   4.    The stipulation will not result in prejudice to any party and its impact on judicial

15   proceedings is not expected to be significant.

16   5.    Nothing in this stipulation shall constitute a waiver of any arguments or defenses

17   that Defendants or Plaintiffs may wish to assert in their pleadings, all of which are expressly

18   reserved.

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907

SF01DOCS\49056.1

STIPULATION TO EXTEND TIME TO ANSWER

**IT IS SO STIPULATED.**

Dated:  October 17, 2011

LAW OFFICES OF KENNETH GRAHAM

By:   /s/ Kenneth R. Graham
          Kenneth R. Graham
Attorney for Plaintiffs
ELGIN SARIQUE and DAISY SARIQUE

Dated:  October 17, 2011

**BRYAN CAVE LLP**
Robert E. Boone
Andrea M. Hicks

By:   /s/ Andrea M .Hicks
          Andrea M. Hicks
Attorneys for Defendants
BANK OF AMERICA, N.A. and PRLAP, INC.

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907

SF01DOCS\49056.1

3

STIPULATION TO EXTEND TIME TO ANSWER

## [PROPOSED] ORDER

Having reviewed the stipulation of Plaintiffs ELGIN SARIQUE and DAISY SARIQUE and Defendants BANK OF AMERICA, N.A. and PRLAP, INC. and good cause appearing,

**IT IS HEREBY ORDERED THAT** the deadline for Defendants to respond to Plaintiffs' Complaint is extended 90 days from October 17, 2011.

Dated: _____10/18/11_____



Judge Joseph C. Spero
United S
Northern

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907

SF01DOCS\49056.1

4

STIPULATION TO EXTEND TIME TO ANSWER