LAW OFFICES OF KENNETH R. GRAHAM
Kenneth R. Graham, SB #216733
1575 Treat Blvd., Suite 105
Walnut Creek, CA 94598
Tel: (925) 932-0170
Fax: (925) 932-3940
Email: kg@elaws.com
Attorneys for Plaintiff

BRYAN CAVE LLP
C. Scott Greene California Bar No. 277445
Tracy M. Talbot, California Bar No. 259786
Edward Chung, California Bar No. 256616
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907
Telephone:    (415) 675-3400
Facsimile:    (415) 675-3434
Email:        scott.greene@bryancave.com
              tracy.talbot @bryancave.com
              chunge@bryan cave.com
Attorneys for Defendants Bank of America, N.A. and PRLAP, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARIQUE, ELGIN AND DAISY, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A. (A.K.A. BANK OF AMERICA HOME LOANS), a Corporation, NATIONAL BANK ASSOCIATION, a Corporation; PRLAP INC., a Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:11-cv-03641-JCS<br><br>**HON. JOSEPH C. SPERO**<br><br>**JOINT STIPULATION RESCHEDULING CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>[L.R. 6-1(a)] |

## **STIPULATION**

Defendants Bank of America, N.A. and PRLAP, Inc. ("Defendants"), and Plaintiffs Elgin Sarique and Daisy Sarique ("Plaintiffs"), by and through their counsel of record, hereby stipulate and agree as follows:

1. Defendants Bank of America, N.A. and PRLAP, Inc. removed this matter from Santa Clara County Superior Court on July 25, 2011.

2. The parties previously stipulated to two extensions for Defendants to respond to the Complaint 15 days to August 16, 2011 and then 60 days to October 17, 2011.

3. The parties then stipulated for Defendants to respond to the Complaint no later than January 18, 2012.

4. A Case Management Conference is scheduled for November 4, 2011.

5. The parties agree that a Case Management Conference on this date would be premature in light of current settlement discussions and the fact that Defendants have not yet responded to the Complaint.

6. The parties agree to continue the Case Management Conference to a date after January 18, 2012, the deadline for Defendants to respond to the Complaint.

7. The parties believe that the later case management conference will prevent unnecessary consumption of expense and time to both the parties and judicial resources.

8. The stipulation will not result in prejudice to any party and its impact on judicial proceedings is not expected to be significant.

9. Nothing in this stipulation shall constitute a waiver of any arguments or defenses that Defendants or Plaintiffs may wish to assert in their pleadings, all of which are expressly reserved.

///
///
///
///

1  **IT IS SO STIPULATED.**

3  Dated: October 28, 2011      **LAW OFFICES OF KENNETH GRAHAM**

6  By:  /s/ Kenneth R. Graham
         Kenneth R. Graham
     Attorney for Plaintiffs
     ELGIN SARIQUE and DAISY SARIQUE

9  Dated: October 28, 2011      **BRYAN CAVE LLP**
     C. Scott Green
     Tracy M. Talbot
     Edward Chung

     By:  /s/ Edward Chung
          Edward Chung
     Attorneys for Defendants
     BANK OF AMERICA, N.A. and PRLAP, INC.

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CA 94111-3907

**[~~PROPOSED~~] ORDER**

Having reviewed the stipulation of Plaintiffs ELGIN SARIQUE and DAISY SARIQUE and Defendants BANK OF AMERICA, N.A. and PRLAP, INC. and good cause appearing,

**IT IS HEREBY ORDERED** that the Case Management Conference is rescheduled to January 27, 2012 at 1:30 p.m. An updated joint cmc statement shall be due by Jan. 20, 2012.

Dated: 10/31/11



Judge J[oseph C. Spero]
United S[tates Magistrate Judge]
Northern [District of California]

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CA 94111-3907