1  LAW OFFICES OF KENNETH R. GRAHAM
   Kenneth R. Graham, SB #216733
2  1575 Treat Blvd., Suite 105
   Walnut Creek, CA 94598
3  Telephone:    (925) 932-0170
   Facsimile:    (925) 932-3940
4  Email:        kg@elaws.com
   Attorneys for Plaintiffs
5
   BRYAN CAVE LLP
6  C. Scott Greene California Bar No. 277445
   Andrea M. Hicks, California Bar No. 219836
7  Edward Chung, California Bar No. 256616
   Two Embarcadero Center, Suite 1410
8  201 Clay Street
   San Francisco, CA 94111-3907
9  Telephone:    (415) 675-3400
   Facsimile:    (415) 675-3434
10 Email:        scott.greene@bryancave.com
                 andrea.hicks @bryancave.com
11               chunge@bryan cave.com
   Attorneys for Defendants Bank of America, N.A. and PRLAP, Inc.
12

13
## UNITED STATES DISTRICT COURT

14
## NORTHERN DISTRICT OF CALIFORNIA

15

16
| | |
|---|---|
| SARIQUE, ELGIN AND DAISY, individuals, | Case No. 3:11-cv-03641-JCS |
| Plaintiffs, | **JOINT STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT** |
| v. | |
| BANK OF AMERICA, N.A. (A.K.A. BANK OF AMERICA HOME LOANS), a Corporation, NATIONAL BANK ASSOCIATION, a Corporation; PRLAP INC., a Corporation; and DOES 1 through 50, inclusive, | [L.R. 6-1(a)] |
| Defendants. | |

## STIPULATION

Defendants Bank of America, N.A. and PRLAP, Inc. ("Defendants"), and Plaintiffs Elgin Sarique and Daisy Sarique ("Plaintiffs"), by and through their counsel of record, hereby stipulate and agree as follows:

1. Defendants Bank of America, N.A. and PRLAP, Inc. removed this matter from Santa Clara County Superior Court on July 25, 2011.

2. The parties previously stipulated to three extensions for Defendants to respond to the Complaint 15 days to August 16, 2011, 60 days to October 17, 2011 and then 90 to January 13, 2012.

3. The parties continue to look into the possibility of settling this matter through a loan modification. As of this date, the modification review process is still processing.

4. In order to continue the current settlement discussions, reduce cost of litigation for both parties, and potentially unburden the Court's docket, Plaintiffs grant Defendants an extension to respond to their Complaint. Thus, instead of responding to the Complaint on January 13, 2012, the parties agree that Defendants' time to file and serve their response to the Complaint is extended 90 days.

5. The stipulation will not result in prejudice to any party and its impact on judicial proceedings is not expected to be significant.

6. Nothing in this stipulation shall constitute a waiver of any arguments or defenses that Defendants or Plaintiffs may wish to assert in their pleadings, all of which are expressly reserved.

///
///
///
///
///
///

1  IT IS SO STIPULATED.

3  Dated: January 11, 2012

LAW OFFICES OF KENNETH GRAHAM

By: /s/ Kenneth R. Graham
    Kenneth R. Graham
Attorney for Plaintiffs
ELGIN SARIQUE and DAISY SARIQUE

Dated: January 11, 2012

**BRYAN CAVE LLP**
C. Scott Green
Andrea Hicks
Edward Chung

By: /s/ Edward Chung
    Edward Chung
Attorneys for Defendants
BANK OF AMERICA, N.A. and PRLAP, INC.

**[~~PROPOSED~~] ORDER**

Having reviewed the stipulation of Plaintiffs ELGIN SARIQUE and DAISY SARIQUE and Defendants BANK OF AMERICA, N.A. and PRLAP, INC. and good cause appearing,

**IT IS HEREBY ORDERED THAT** the deadline for Defendants to respond to Plaintiffs' Complaint is extended 90 days from January 13, 2012.

Dated: 1/17/12



Judge Joseph C. Spero
United States
Northern District of California