1  LAW OFFICES OF KENNETH R. GRAHAM
   Kenneth R. Graham, SB #216733
2  1575 Treat Blvd., Suite 105
   Walnut Creek, CA 94598
3  Tel: (925) 932-0170
   Fax: (925) 932-3940
4  Email: kg@elaws.com
   Attorneys for Plaintiff
5
   BRYAN CAVE LLP
6  C. Scott Greene California Bar No. 277445
   Andrea M. Hicks, California Bar No. 219836
7  Edward Chung, California Bar No. 256616
   Two Embarcadero Center, Suite 1410
8  201 Clay Street
   San Francisco, CA 94111-3907
9  Telephone:   (415) 675-3400
   Facsimile:   (415) 675-3434
10 Email:       scott.greene@bryancave.com
                andrea.hicks@bryancave.com
11              chunge@bryan cave.com
   Attorneys for Defendants Bank of America, N.A. and PRLAP, Inc.
12

13                     UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

16 | SARIQUE, ELGIN AND DAISY, individuals,   | Case No. 3:11-cv-03641-JCS
17 |       Plaintiffs,                         | HON. JOSEPH C. SPERO
18 | v.                                        | JOINT STIPULATION RESCHEDULING
19 |                                           | CASE MANAGEMENT CONFERENCE;
   | BANK OF AMERICA, N.A. (A.K.A. BANK        | [PROPOSED] ORDER
20 | OF AMERICA HOME LOANS), a
   | Corporation, NATIONAL BANK                | [L.R. 6-1(a)]
21 | ASSOCIATION, a Corporation; PRLAP
   | INC., a Corporation; and DOES 1 through 50,
22 | inclusive,
23 |       Defendants.

## STIPULATION

Defendants Bank of America, N.A. and PRLAP, Inc. ("Defendants"), and Plaintiffs Elgin Sarique and Daisy Sarique ("Plaintiffs"), by and through their counsel of record, hereby stipulate and agree as follows:

1. Defendants Bank of America, N.A. and PRLAP, Inc. removed this matter from Santa Clara County Superior Court on July 25, 2011.

2. The parties previously stipulated to three extensions for Defendants to respond to the Complaint 15 days to August 16, 2011 and then 60 days to October 17, 2011 and then again to January 18, 2012.

3. The parties then stipulated for Defendants to respond to the Complaint no later than April 12, 2012.

4. A Case Management Conference is scheduled for January 27, 2012.

5. The parties agree that a Case Management Conference on this date would be premature in light of current settlement discussions and the fact that Defendants have not yet responded to the Complaint.

6. The parties agree to continue the Case Management Conference to a date after April 12, 2012, the deadline for Defendants to respond to the Complaint.

7. The parties believe that the later case management conference will prevent unnecessary consumption of expense and time to both the parties and judicial resources.

8. The stipulation will not result in prejudice to any party and its impact on judicial proceedings is not expected to be significant.

9. Nothing in this stipulation shall constitute a waiver of any arguments or defenses that Defendants or Plaintiffs may wish to assert in their pleadings, all of which are expressly reserved.

///

///

///

1 ///

2         **IT IS SO STIPULATED.**

3

4
Dated: January 17, 2012

5                                                    **LAW OFFICES OF KENNETH GRAHAM**

6

7                                                  By:  /s/ Kenneth R. Graham

                                                          Kenneth R. Graham

8                                                  Attorney for Plaintiffs

9                                                  ELGIN SARIQUE and DAISY SARIQUE

10 Dated: January 17, 2012

11                                                  **BRYAN CAVE LLP**

                                                 C. Scott Green

12                                                  Andrea M. Hicks

                                                 Edward Chung

13

14                                                By:  /s/ Edward Chung

                                                          Edward Chung

15                                                Attorneys for Defendants

                                               BANK OF AMERICA, N.A. and PRLAP, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907

1 **[PROPOSED] ORDER**

2 Having reviewed the stipulation of Plaintiffs ELGIN SARIQUE and DAISY SARIQUE
3 and Defendants BANK OF AMERICA, N.A. and PRLAP, INC. and good cause appearing,
4 **IT IS HEREBY ORDERED** that the Case Management Conference is rescheduled to
5 April 27, 2012, at 1:30 p.m. Updated joint case management conference statement due by April 20, 2012.

8 Dated: 1/20/12

Judge Jo_____
United S_____
Northern District of California

*IT IS SO ORDERED AS MODIFIED*
*Judge Joseph C. Spero*

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907