LAW OFFICES OF KENNETH R. GRAHAM
Kenneth R. Graham, SB #216733
1575 Treat Blvd., Suite 105
Walnut Creek, CA 94598
Tel: (925) 932-0170
Fax: (925) 932-3940
Email: kg@elaws.com
Attorneys for Plaintiff

BRYAN CAVE LLP
C. Scott Greene California Bar No. 277445
Andrea M. Hicks, California Bar No. 219836
Edward Chung, California Bar No. 256616
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434
Email:       scott.greene@bryancave.com
             andrea.hicks@bryancave.com
             chunge@bryan cave.com
Attorneys for Defendants Bank of America, N.A. and PRLAP, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARIQUE, ELGIN AND DAISY, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A. (A.K.A. BANK OF AMERICA HOME LOANS), a Corporation, NATIONAL BANK ASSOCIATION, a Corporation; PRLAP INC., a Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:11-cv-03641-JCS<br><br>**HON. JOSEPH C. SPERO**<br><br>**JOINT STIPULATION RESCHEDULING CASE MANAGEMENT CONFERENCE;** [~~PROPOSED~~] **ORDER**<br><br>[L.R. 6-1(a)] |

## STIPULATION

Defendants Bank of America, N.A. and PRLAP, Inc. ("Defendants"), and Plaintiffs Elgin Sarique and Daisy Sarique ("Plaintiffs"), by and through their counsel of record, hereby stipulate and agree as follows:

1. Defendants Bank of America, N.A. and PRLAP, Inc. removed this matter from Santa Clara County Superior Court on July 25, 2011.

2. The parties previously stipulated to three extensions for Defendants to respond to the Complaint 15 days to August 16, 2011 and then 60 days to October 17, 2011 and then again to January 18, 2012.

3. The parties then stipulated for Defendants to respond to the Complaint no later than April 12, 2012.

4. A Case Management Conference is scheduled for January 27, 2012.

5. The parties agree that a Case Management Conference on this date would be premature in light of current settlement discussions and the fact that Defendants have not yet responded to the Complaint.

6. The parties agree to continue the Case Management Conference to a date after April 12, 2012, the deadline for Defendants to respond to the Complaint.

7. The parties believe that the later case management conference will prevent unnecessary consumption of expense and time to both the parties and judicial resources.

8. The stipulation will not result in prejudice to any party and its impact on judicial proceedings is not expected to be significant.

9. Nothing in this stipulation shall constitute a waiver of any arguments or defenses that Defendants or Plaintiffs may wish to assert in their pleadings, all of which are expressly reserved.

///

///

///

1  ///

2  **IT IS SO STIPULATED.**

3

4
Dated: January 17, 2012

5                                              **LAW OFFICES OF KENNETH GRAHAM**

6

7                                              By: /s/ Kenneth R. Graham
                                                Kenneth R. Graham
8                                              Attorney for Plaintiffs
                                                ELGIN SARIQUE and DAISY SARIQUE
9

10 Dated: January 17, 2012

11                                             **BRYAN CAVE LLP**
                                                C. Scott Green
12                                             Andrea M. Hicks
                                                Edward Chung
13

14                                             By: /s/ Edward Chung
                                                Edward Chung
15                                             Attorneys for Defendants
                                                BANK OF AMERICA, N.A. and PRLAP, INC.

**[PROPOSED] ORDER**

Having reviewed the stipulation of Plaintiffs ELGIN SARIQUE and DAISY SARIQUE and Defendants BANK OF AMERICA, N.A. and PRLAP, INC. and good cause appearing,

**IT IS HEREBY ORDERED** that the Case Management Conference is rescheduled to April 27, 2012, at 1:30 p.m. Updated joint case management conference statement due by April 20, 2012.

Dated: 1/20/12

Judge Joseph C. Spero
United States Magistrate Judge
Northern District of California

*IT IS SO ORDERED AS MODIFIED*