1  Kenneth R. Graham, SBN 216733
Nicole R. Henderson, SBN 283434
2  LAW OFFICES OF KENNETH R. GRAHAM
1575 Treat Blvd., Suite 105
3  Walnut Creek, CA 94598
Tel: (925) 932-0170
4  Fax: (925) 932-3940
Email: kg@elaws.com
5  Attorneys for Plaintiffs

6  Gerald S. Richelson, SBN 267705
BRYAN CAVE LLP
7  560 Mission, Suite 2500
San Francisco, CA 94105
8  Tel: (415) 675-3494
Email: richelsong@bryancave.com
9  Attorneys for Defendants Bank of America, N.A. and PRLAP, Inc.

10

11            **UNITED STATES DISTRICT COURT**

12          **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SARIQUE, ELGIN and DAISY, individuals, | **Case No.: 3:11-cv-03641- JCS** |
| Plaintiffs, | Judge: Hon. Joseph C. Spero |
| v. | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER |
| BANK OF AMERICA, N.A. (A.K.A. BANK OF AMERICA HOME LOANS), a Corporation; NATIONAL BANK ASSOCIATION, a Corporation; PRLAP INC., a Corporation; and DOES 1 through 50, inclusive, | **DATE:** March 8, 2013<br>**TIME:** 1:30 p.m.<br>**CTRM:** G, 15th Floor |
| Defendants. | |

21                  **JOINT STIPULATION**

22      Plaintiffs ELGIN SARIQUE and DAISY SARIQUE and Defendants BANK OF

23  AMERICA, N.A., NATIONAL BANK ASSOCIATION, and PRLAP INC. by and through their

24  respective counsels, jointly stipulate as follows:

25      WHEREAS, on June 22, 2011, Plaintiffs filed a Complaint against Defendants;

26      WHEREAS, an agreement was entered into between Plaintiffs and Defendant Bank of

27  America, N.A. on November 7, 2012 in which Defendant Bank of America offered and Plaintiffs

28

1  agreed that Plaintiffs would make three monthly trial payments starting on December 1, 2012, at

2  the end of which it was anticipated that Defendant Bank of America, N.A. would offer Plaintiffs a

3  final loan modification;

4         WHEREAS, Plaintiffs made all three trial payments and now await the final loan

5  modification from Defendant Bank of America, N.A.;

6         WHEREAS, Plaintiffs intend to dismiss this action upon the signing of the final loan

7  modification by Plaintiffs and Defendant Bank of America, N.A.;

8         WHEREAS, the parties have agreed to continue the Case Management Conference set for

9  March 8, 2013 at 1:30 p.m. in courtroom G  of the United States District Court, Northern District

10 of California and request an extension of at least 60 days, or as the Court sees fit;

11        NOW IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and

12 Defendants, through their undersigned counsels of record,

13        1. The Case Management Conference set for March 8, 2013 is to be postponed for at least

14 60 days, or as the Court sees fit;

15        2.  The parties' service on one another by electronic mail will constitute hand service.

16 IT IS SO STIPULATED.

17

18  Dated: February 12, 2012                    LAW OFFICES OF KENNETH R. GRAHAM

19

20                                         By:     */s/ Nicole R. Henderson*

21                                                Nicole R. Henderson
                                                Attorney for PLAINTIFFS
22

23 Dated: February 12, 2012                    BRYAN CAVE LLP

24

25                                         By:     */s/ Gerald S. Richelson*

26                                                Gerald S. Richelson
                                                Attorneys for Defendants BANK OF
27                                                AMERICA, N.A. and PRLAP, INC.

28

1

**[PROPOSED] ORDER**

2          Having reviewed the Joint Stipulation of Plaintiffs ELGIN SARIQUE and DAISY

3  SARIQUE and Defendants BANK OF AMERICA, N.A., NATIONAL BANK ASSOCIATION,

4  and PRLAP INC., and for good cause shown, the Court hereby orders:

5          The Case Management Conference set for March 8, 2013 to be continued for at least 60

6  days, to be set on __May 10, 2013_____.

7

8  Dated: __February 28, 2013__

9                                                          Honorable _____

10                                                         Judge Joseph C. Spero

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3