UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELGIN SARIQUE,                        No. C 11-03641 JCS

         Plaintiff(s),

**ORDER TO SHOW CAUSE**

   v.

BANK OF AMERICA,

         Defendant(s).

_____/

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on May 10, 2013, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff and Defendant appear on **May 24, 2013, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff and Defendant's failure to appear at the case management conference on May 10, 2013, for failure to prosecute this action, and for failure to comply with the Court's Order of February 28, 2013. A case management conference is also scheduled for **May 24, 2013, at 1:30 p.m.**

IT IS SO ORDERED.

Dated: May 14, 2013

                                           JOSEPH C. SPERO
                                           United States Magistrate Judge