# LAW OFFICES OF KENNETH R. GRAHAM

1575 Treat Blvd., Suite 105
Walnut Creek, CA 94598
(925) 932-0170
(925) 932-3940 (Fax)
www.elaws.com

NICOLE HENDERSON
Nicole@elaws.com

VIA ELECTRONIC FILING

Magistrate Judge Joseph C. Spero/ Karen Hom
US District Court
Northern District of California
San Francisco Courthouse, Courtroom G - 15th Floor
450 Golden Gate Avenue, San Francisco, CA 94102

Re:  Case No. C-11-03641 JCS; Elgin Sarique v. Bank of America

Dear Magistrate Judge Joseph C. Spero and Karen Hom:

    Counsel Kenneth R. Graham or Nicole Henderson (on behalf of Kenneth R. Graham) would like to appear telephonically at the May 24, 2013 1:30 p.m. Order to Show Cause/ Case Management Conference.

    Counsel's land line number is (925) 932-0170.

Thank you,

Nicole Henderson

IT IS HEREBY ORDERED THAT Ms. Henderson shall be on phone standby beginning at 1:30 PM and await the Court's call.
Dated: 5/20/13

